# IN THE SUPREME COURT OF THE STATE OF DELAWARE

JOSE BEZAREZ, §
§
    Defendant Below, § No. 16, 2021
    Appellant, §
§
    v. § Court Below–Superior Court
§ of the State of Delaware
STATE OF DELAWARE, §
§ Cr. ID No.  0702002298 (N)
    Plaintiff Below, §
    Appellee. §
§

Submitted: June 11, 2021
Decided: August 10, 2021
Corrected: August 11, 2021

Before **SEITZ**, Chief Justice; **VALIHURA** and **MONTGOMERY-REEVES**, Justices.

## ORDER

After careful consideration of the appellant's opening brief, the State's motion to affirm, and the Superior Court record, we conclude that the judgment below should be affirmed on the basis of and for the reasons assigned in the Superior Court's December 16, 2020 order summarily dismissing the appellant's fourth motion for postconviction relief.[1]

---

[1] *State v. Bezarez*, 2020 WL 7393240 (Del. Super. Ct. Dec. 16, 2020).

NOW, THEREFORE, IT IS ORDERED that the motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ Collins J. Seitz, Jr.
Chief Justice